UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CLARK                                                         CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL                          NO.: 17-00111-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 36)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends granting the Motion for Summary Judgment (Doc. 23) and denying as moot the Motions to Dismiss (Docs. 12 and 16) filed by Defendants.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 36). Neither party objected. Having carefully considered the underlying this matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 36)**, is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the **Motion for Summary Judgment (Doc. 23)** is **GRANTED**, dismissing Plaintiff's claims without prejudice, because of Plaintiff's failure to exhaust available administrative remedies as mandated by 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the **Motions to Dismiss (Docs. 12 and 16)** are **DENIED AS MOOT**.

IT IS FURTHER ORDERED that this case is closed.

Baton Rouge, Louisiana, this 29th day of March, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**